**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6531**

_____

TIMOTHY ONEAL BULLOCK,

　　　　　Plaintiff - Appellant,

　　v.

CRAIG WEISS; J. SELLITI; JANICE MESSANO; D.O.C OF NJ, Director; D.O.C
OF FLORIDA, Director; FEDERAL BUREAU ADMINISTRATION,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  M. Hannah Lauck, District Judge.  (3:24-cv-00636-MHL-MRC)

_____

Submitted:  August 28, 2025　　　　　　　　Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Timothy Oneal Bullock, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Oneal Bullock appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Bullock v. Weiss*, No. 3:24-cv-00636-MHL-MRC (E.D. Va., Mar. 19 & June 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
